IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-CR-00434-M-2

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ELIZABETH YOUNG,<br><br>Defendant. | ORDER TO SEAL |

This matter comes before the court on Defendant's Motion to Seal [DE 824]. Pursuant to Local Criminal Rule 55.2 and based on information set forth in the proposed sealed document, the motion is GRANTED. The Clerk of the Court shall maintain under seal the document at DE 823 until further order of the court and may provide copies of the document to counsel of record.

In addition, the court ORDERS that the United States file a written response to Defendant's motion [DE 788] and memorandum in support [DE 823] on or before October 16, 2023, and Defendant may file a reply brief in support of her motion within fourteen days after the response is served.

SO ORDERED this 25th day of September, 2023.

RICHARD E. MYERS II
Chief United States District Judge