IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-CR-00434-M-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ELIZABETH YOUNG,

    Defendant.

ORDER

These matters come before the court on a motion to withdraw as counsel for Defendant filed by Laura S. Wasco [DE 991], a pro se letter from the Defendant, dated October 29, 2024, and construed as a motion for compassionate release [DE 992], and a pro se letter from the Defendant asking to withdraw the "motion" at DE 992 [DE 994]. For good cause shown, the motion to withdraw as counsel is GRANTED. Ms. Wasco's representation of the Defendant in this case is terminated. Also, the motion to withdraw Defendant's October 29, 2024 letter is GRANTED. Defendant's letter, construed as a motion for compassionate release, is WITHDRAWN.

SO ORDERED this 13th day of November, 2024.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE